WILLIAM SIMIS, as General Guardian of WILLIAM SIMIS, et al.,
Plaintiffs, *v.* CHARLOTTE WHITE, Appellant, Impleaded with
Others.

HENRY J. COGGESHALL, as Receiver of THE MUTUAL BENEFIT
LOAN AND BUILDING COMPANY, Respondent.

*Simis* v. *White*, 85 App. Div. 618, affirmed.
(Submitted October 5, 1903; decided October 20, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 17, 1903, which affirmed an order of the Kings County
Court in surplus money proceedings.

*George W. McKenzie, Hamilton Anderson* and *George P.
Beebe* for appellant.

*Edward C. Rice* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN,
VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Application of THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY for the Closing of
Certain Grade Crossings in the Town of Gates.

THE TOWN OF GATES, Appellant; THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY et al., Respondents.

*Matter of N. Y. C. & H. R. R. R. Co.*, 79 App. Div. 643, affirmed.
(Argued October 5, 1903; decided October 20, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 19, 1903, which affirmed a determination of the
board of railroad commissioners closing certain grade cross-
ings in the town of Gates.

*George P. Decker* for appellant.

*Edward Harris* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. ARNOLD, Appellant, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Arnold* v. *Feitner,* 76 App. Div. 620, affirmed.
(Argued October 5, 1903; decided October 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 28, 1902, which affirmed an order of Special Term quashing a writ of certiorari to review the action of the defendants in assessing the relator's personal estate for the purpose of taxation.

. *Walter Large* for appellant.

*George L. Rives, Corporation Counsel* (*David Rumsey* and *James M. Ward* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Application of CAMILLE WEIDENFELD, Appellant, for a Peremptory Writ of Mandamus against RUDOLPH KEPPLER, as President of the New York Stock Exchange, Respondent.

*Matter of Weidenfeld* v. *Keppler,* 84 App. Div. 235, affirmed.
(Argued October 6, 1903; decided October 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1903, which affirmed an order of Special Term denying a